IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * |
|---|---|
| v. | * Criminal No. **PJM 10-0637** |
| **AMIR MILIJKOVIC** | * |
| Defendant. | * |

## MEMORANDUM OPINION

On May 15, 2017, Defendant filed a Request to Issue Satisfaction of Judgment (ECF No. 340) asking the Court to execute and return a Certificate of Satisfaction to be recorded among the Land Records of Prince George's County, Maryland in order to clear title to Defendant's home from the lien of the Appearance Bond in Defendant's underlying criminal case. For the reasons below, Defendant's Request is **DENIED**.

On June 11, 2012, Defendant was sentenced to a term of thirty (30) months imprisonment, followed by three years of supervised release (ECF No. 249). In addition to the standard conditions of supervision, Defendant was subject to the following additional conditions: access to financial information, credit restrictions, a $100.00 Assessment, and $46,781.00 in restitution. *Id.*

On September 19, 2017, the United States Probation Office ("USPO") filed a Notice of Upcoming Case Expiration with Outstanding Financial Obligation (ECF No. 343). The Notice indicates that Defendant's supervised release is set to expire on October 2, 2017, and that he still has an outstanding restitution balance of $36,281.00. Because full payment of restitution is a condition of Defendant's release, and this condition has not been fully satisfied, a Certificate of Satisfaction cannot be issued at this time.

1

Because restitution is the only outstanding condition of release, the USPO will refer the collection of the outstanding restitution to the Financial Litigation Unit of the Office of the United States Attorney. Until the Financial Litigation Unit provides notice and documentation that restitution has been paid in full, a Satisfaction of Judgment cannot be issued.

/s/<br>PETER J. MESSITTE<br>UNITED STATES DISTRICT JUDGE

**September 20, 2017**